UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
PHILIP A. PETRUZZI,

        Plaintiff,

-vs-

LIFE REASSURANCE CORP. OF
AMERICA,

        Defendant.
----------------------------------------X

ORDER
CV-02-6672 (SJF)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 20 2005 ★

P.M. _____
TIME A.M. _____

FEUERSTEIN, J.

It having been reported to the Court that the above-captioned case has settled, it is ORDERED that the case is discontinued with leave to re-open on ten (10) days notice by either party to the Court should settlement not be consummated. The Clerk of Court is directed to close the case.

SO ORDERED.

s/SJF

Sandra J. Feuerstein
United States District Judge

Dated: Long Island, NY
      May 4, 2005